UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TRUSTEES OF THE NATIONAL AUTOMATIC SPRINKLER INDUSTRY METAL TRADES WELFARE FUND, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CCR FIRE PROTECTION LLC<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. NO.: RWT-15-1018<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs hereby file this Notice of Voluntary Dismissal of the instant action against the Defendant, CCR Fire Protection LLC, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) for reasons stated as follows. This action was filed on April 9, 2015 by the Plaintiffs to recover delinquent amounts owed by the Defendant to the Plaintiff Funds. The Plaintiffs have been unable to properly effect service of process on the Defendant. The opposing party has neither served an Answer nor a Motion for Summary Judgment.

Dated: June 29, 2016

Respectfully submitted,

O'DONOGHUE & O'DONOGHUE LLP
4748 Wisconsin Avenue, NW
Washington, DC 20016
(202) 362-0041 – telephone
(202) 362-2640 – facsimile
cgilligan@odonoghuelaw.com

By: _____/s/_____
Charles W. Gilligan
Maryland Bar No. 05682
Attorney for Plaintiffs

"APPROVED" THIS 5th DAY of July, 2016
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE

275122_1

## **CERTIFICATE OF SERVICE**

This is to certify that on this 29th day of June, 2016 a copy of the foregoing Notice of Voluntary Dismissal was electronically filed with the Clerk of the Court using the CM/ECF System and sent first class, postage prepaid to:

Rosael Rodriguez, Jr.
CCR Fire Protection
11842 Colyell Road
Walker, LA 70726

_____/s/_____
Charles W. Gilligan

275122_1